UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMPIRE FIRE AND MARINE INSURANCE COMPANY,

           Plaintiff,

-v-

VOYAGER INDEMNITY INSURANCE COMPANY,

           Defendant.

CIVIL ACTION NO. 25 Civ. 3558 (JAV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This case has been referred to the undersigned for general pretrial supervision. (ECF No. 10). On April 29, 2025, Plaintiff Empire Fire and Marine Insurance Company ("Empire") filed its Complaint for Declaratory Judgment against Defendant Voyager Indemnity Insurance Company ("Voyager"), listing Kyte Rentals LLC ("Kyte Rentals") as an interested party. (ECF No. 1 (the "Complaint")). On July 16, 2025, Voyager filed its answer with counterclaims and crossclaims against Empire, Kyte Rentals, Angela Cilluffo ("Cilluffo"), Kyte Systems Inc. ("Kyte Systems"), and Judith Haber-Brownstein ("Haber-Brownstein"). (ECF No. 14). Empire served the Complaint on Kyte Systems on July 29, 2025 (ECF No. 19). Pursuant to Fed. R. Civ. P. 12 (a)(1)(B), Kyte System's deadline to answer, move, or otherwise respond to the Complaint was August 19, 2025. To date, Kyte Systems has not answered, moved, or otherwise responded to the Complaint. As a one-time courtesy, the Court sua sponte **EXTENDS** Kyte System's deadline to answer, move, or otherwise respond to the Complaint up to and including **August 26, 2025**. Kyte Systems is warned that failure to answer,

move, or otherwise respond to the Complaint by **August 26, 2025** may result in the Court permitting Empire to initiate default proceedings.

It is also ORDERED that Empire shall file proof of service of the Complaint upon Kyte Rentals by **August 26, 2025**.

Dated:   New York, New York
         August 20, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**