UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMPIRE FIRE AND MARINE INSURANCE COMPANY,

    Plaintiff,

-v-

VOYAGER INDEMNITY INSURANCE COMPANY,

    Defendant.

CIVIL ACTION NO. 25 Civ. 3558 (JAV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On April 29, 2025, Plaintiff Empire Fire and Marine Insurance Company ("Empire") filed its Complaint for Declaratory Judgment against Defendant Voyager Indemnity Insurance Company ("Voyager"), listing Kyte Rentals LLC ("Kyte Rentals") as an interested party. (ECF No. 1 (the "Complaint")). On July 16, 2025, Voyager filed its answer with counterclaims and crossclaims (ECF No. 14 (the "Answer")) against Empire, Kyte Rentals, Angela Cilluffo, Kyte Systems Inc. ("Kyte Systems"), and Judith Haber-Brownstein. (ECF No. 14). Defendant Kyte Systems Inc. ("Kyte Systems") having been served with the Answer on July 29, 2025, was required to respond to the counterclaims and/or crossclaims in the Answer by August 19, 2025. (ECF No. 19). See Fed. R. Civ. P. 12 (a)(1)(B). On August 20, 2025, Kyte Systems having not responded to the counterclaims and/or crossclaims in the Answer, as a courtesy, the Court sua sponte extended Kyte Systems' deadline to respond to the counterclaims and/or crossclaims in the Answer until August 26, 2025. (ECF No. 20). However, the Court's Order at ECF No. 20 incorrectly extended Kyte System's deadline to respond to the Complaint (ECF No. 1) rather than Kyte System's deadline to respond to the counterclaims and/or cross claims in the Answer (ECF No. 14). (ECF No. 20 at 1).

1

Accordingly, as a final courtesy, the Court sua sponte **EXTENDS** Kyte Systems' deadline to respond to the counterclaims and/or crossclaims in the Answer up to and including **September 5, 2025**. Kyte Systems is warned that failure to answer, move, or otherwise respond to the counterclaims and/or crossclaims in the Answer by **September 5, 2025**, may result in the Court permitting Voyager to initiate default proceedings against Kyte Systems.

Also on August 20, 2025, the Court ordered Empire to file proof of service of the Complaint upon interested party Kyte Rentals by August 26, 2025. (ECF No. 20 at 2). To date, Empire has not filed proof of service of the Complaint upon Kyte Rentals but has filed a request for issuance of a summons as to Kyte Rentals (ECF No. 21) and an electronic summons as to Kyte Rentals (ECF No. 22). As a one-time courtesy, the Court sua sponte **EXTENDS** Empire's deadline to file proof of service of the Complaint upon Kyte Rentals up to and including **September 5, 2025**.

Dated:  New York, New York
        August 27, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**