UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMPIRE FIRE AND MARINE INSURANCE COMPANY,

                        Plaintiff,

-v-

VOYAGER INDEMNITY INSURANCE COMPANY,

                        Defendant.

CIVIL ACTION NO. 25 Civ. 3558 (JAV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On August 20, 2025, the Court ordered Plaintiff Empire Fire and Marine Insurance Company ("Empire") to file proof of service of the Complaint upon interested party Kyte Rentals LLC ("Kyte Rentals") by August 26, 2025. (Dkt. No. 20 at 2). On August 27, 2025, Empire having not filed the proof of service of the Complaint upon Kyte Rentals, the Court sua sponte extended Empire's deadline to file proof of service of the Complaint upon Kyte Rentals up to and including September 5, 2025. (Dkt. No. 23 at 2). To date, Empire has not filed the required proof of service of the Complaint upon Kyte Rentals but has filed a request for issuance of a summons as to Kyte Rentals (ECF No. 21) and an electronic summons as to Kyte Rentals (ECF No. 22). As a final courtesy, the Court sua sponte **EXTENDS** Empire's deadline to file proof of service of the Complaint upon Kyte Rentals up to and including **September 15, 2025**.

On August 27, 2025, the Court sua sponte extended Counterclaim/Cross-Claim Defendant Kyte Systems Inc.'s ("Kyte Systems") deadline to respond to the counterclaims and/or crossclaims in the answer (Dkt. No. 14 (the "Answer")) filed by Voyager Indemnity Insurance Company ("Voyager") up to and including September 5, 2025. (Dkt. No. 23 at 2). To date,

Kyte Systems has not responded to the counterclaims and/or crossclaims in the Answer. As one final courtesy, the Court <u>sua sponte</u> **EXTENDS** Kyte Systems' deadline to respond to the counterclaims and/or crossclaims in the Answer up to and including **September 22, 2025**. Kyte Systems is warned that failure to answer, move, or otherwise respond to the counterclaims and/or crossclaims in the Answer by **September 22, 2025**, may result in the Court deeming Voyager's allegations in the counterclaims and/or crossclaims against Kyte Systems as admitted.

Dated:     New York, New York
           September 8, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**