UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMPIRE FIRE AND MARINE INSURANCE COMPANY,

                Plaintiff,

-v-

VOYAGER INDEMNITY INSURANCE COMPANY,

                Defendant.

CIVIL ACTION NO. 25 Civ. 3558 (JAV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Initial Case Management Conference held on September 15, 2025, the Court **ORDERS** the following:

1. Pursuant to the Court's Order at Dkt. No. 25, Cross Defendant Kyte Systems Inc.'s ("Kyte Systems") deadline to respond to the crossclaims in the Answer is **September 22, 2025**. (Dkt. No. 25).

2. Pursuant to Federal Rule of Civil Procedure 4(d)(3), Cross Defendant Judith Haber-Brownstein's deadline to respond to the crossclaims in the Answer is **September 22, 2025**. See Fed. R. Civ. P. 4(d)(3). (See also Dkt. No. 17).

3. Plaintiff/Counterclaim Defendant Empire Fire and Marine Insurance Company's ("Empire") deadline to file proof of service of the complaint (Dkt. No. 1 (the "Complaint") upon interested party Kyte Rentals LLC ("Kyte Rentals") is **EXTENDED** up to and including **September 29, 2025**. The Court notes that this is the third extension of Empire's deadline to file such proof of service. (See Dkt. Nos. 20; 23; 25).

1

4. On or before **October 14, 2025,** Defendant and Counter/Cross Plaintiff Voyager Indemnity Insurance Company ("Voyager") shall file proof of service of the answer with counterclaims and crossclaims (Dkt. No. 14 (the "Answer")) upon Kyte Rentals. [1] Kyte Rentals shall respond the crossclaims in the Answer **within 21 days of service**. See Fed. R. Civ. P. 12(a)(1)(B).

5. Pursuant to Federal Rule of Civil Procedure 4(m), Voyager's deadline to file proof of service of the Answer upon Cross Defendant Angela Cilluffo ("Cilluffo") is **October 14, 2025**. See Fed. R. Civ. P. 4(m). Cilluffo shall respond the crossclaims in the Answer **within 21 days of service**. See Fed. R. Civ. P. 12(a)(1)(B).

6. On or before **October 15, 2025**, the parties shall file a joint letter updating the Court on the status of the parties' settlement negotiations and efforts to schedule a mediation.

Dated: New York, New York
September 15, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

---

[1] Although the Court directed Voyager to file proof of service of the Answer on Kyte Rentals by September 29, 2025, Federal Rule of Civil Procedure 4(m) provides that Voyager has 90 days from the date of filing the Answer to serve the Answer upon the defendants listed therein. See Fed. R. Civ. P. 4(m); see also Charly Acquisitions, Ltd. v. 43 North Broadway, LLC, No. 23 Civ. 9851 (KMK) (AEK), 2024 WL 5244873, at *6–7 (S.D.N.Y. Dec. 30, 2024) (applying Fed. R. Civ. P. 4(m), which provides a 90-day deadline for a plaintiff to serve a defendant with a complaint, to the service of a crossclaim). Voyager filed the Answer on July 16, 2025, making Voyager's deadline to file proof of service of the Answer on all cross and counter defendants **October 14, 2025**. Accordingly, Voyager's deadline to serve the Answer on Kyte Rentals shall remain October 14, 2025.