UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMPIRE FIRE AND MARINE INSURANCE COMPANY,

           Plaintiff,

-v-

VOYAGER INDEMNITY INSURANCE COMPANY,

           Defendant.

CIVIL ACTION NO. 25 Civ. 3558 (JAV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

    Cross-Defendant Kyte Systems Inc. ("Kyte Systems"), having been served with a summons and the answer with counterclaims and crossclaims (Dkt. No. 14 (the "Answer")) on July 29, 2025 (see Dkt. No. 19), was required to respond to the crossclaims in the Answer by August 19, 2025. See Fed. R. Civ. P. 12(a)(1)(B). On August 27, 2025, as a courtesy, the Court sua sponte extended Kyte Systems' deadline to respond to the crossclaims in the Answer until September 5, 2025. (Dkt. No. 23). On September 8, 2025, Kyte Systems still having not responded to the crossclaims in the Answer, the Court again sua sponte extended Kyte Systems' deadline to respond to the crossclaims in the Answer until September 22, 2025. (Dkt. No. 25). To date, Kyte Systems has not responded to the crossclaims in the Answer, despite the Court's warning to Kyte Systems that the Court may permit Defendant/Cross-Plaintiff Defendant Voyager Indemnity Insurance ("Voyager") to initiate default proceedings against Kyte Systems if Kyte Systems did not timely respond to the crossclaims in the Answer. (See Dkt. No. 23).

    Voyager is hereby **ORDERED** to request a Certificate of Default from the Clerk of Court by **October 7, 2025.**

1

Dated:   New York, New York
         September 23, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**