UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
EMPIRE FIRE AND MARINE INSURANCE
COMPANY,

                    Plaintiff,                    1:25-CV-03558-JAV-SLC

      -against-

                                  **<u>ANSWER</u>**
VOYAGER INDEMNITY INSURANCE
COMPANY,

                    Defendant/Counter Claim
                    Cross-Claim Plaintiff,

      And

KYTE RENTALS LLC,

                    As an Interested Party/
                    Cross-Claim Defendant,

      And

ANGELA CILLUFFO, KYTE SYSTEMS INC.,
AND JUDITH HABER-BROWNSTEIN,

                    Counterclaim/Cross-Claim
                    Defendants.
----------------------------------------------------------X

       Counterclaim/Cross-Claim Defendant Angela Cilluffo, appearing pro se for her Answer to the Counterclaim and Cross Claims of VOYAGER, respectfully sets forth as follows upon information and belief:

1)     Defendant Angela Cilluffo denies knowledge or information sufficient to admit or deny the allegations in paragraph 91.

2)     Defendant Angela Cilluffo denies knowledge or information sufficient to admit or deny the allegations in paragraph 92.

1

3)      Defendant Angela Cilluffo denies knowledge or information sufficient to admit or deny the allegations in paragraph 93.

4)      Defendant Angela Cilluffo admits she resides in the State of New York and denies all other allegations in paragraph 94.

5)      As the allegation in this paragraph 95 purports to state a legal conclusion, no response is required. To the extent a response is required, Defendant Angela Cilluffo is without information or knowledge sufficient to admit or deny the allegations in this paragraph and therefore denies the same.

6)      As the allegation in this paragraph 96 purports to state a legal conclusion, no response is required. To the extent a response is required, Defendant Angela Cilluffo is without information or knowledge sufficient to admit or deny the allegations in this paragraph and therefore denies the same.

7)      As the allegation in this paragraph 97 purports to state a legal conclusion, no response is required. To the extent a response is required, Defendant Angela Cilluffo is without information or knowledge sufficient to admit or deny the allegations in this paragraph and therefore denies the same.

8)      As the allegation in this paragraph 98 purports to state a legal conclusion, no response is required. To the extent a response is required, Defendant Angela Cilluffo is without information or knowledge sufficient to admit or deny the allegations in this paragraph and therefore denies the same.

9)      As the allegation in this paragraph 99 purports to state a legal conclusion, no response is required. To the extent a response is required, Defendant Angela Cilluffo is without information or knowledge sufficient to admit or deny the allegations in this paragraph and therefore denies the

same.

10)    There is no paragraph 100 and thus no response is required.

11)    Defendant Angela Cilluffo denies knowledge or information sufficient to admit or deny the allegations in paragraph 101.

12)    Defendant Angela Cilluffo denies knowledge or information sufficient to admit or deny the allegations in paragraph 102.

13)    Defendant Angela Cilluffo denies knowledge or information sufficient to admit or deny the allegations in paragraph 103.

14)    Defendant Angela Cilluffo denies knowledge or information sufficient to admit or deny the allegations in paragraph 104.

15)    Defendant Angela Cilluffo denies knowledge or information sufficient to admit or deny the allegations in paragraph 105.

16)    Defendant Angela Cilluffo denies knowledge or information sufficient to admit or deny the allegations in paragraph 106.

17)    Defendant Angela Cilluffo denies knowledge or information sufficient to admit or deny the allegations in paragraph 107.

18)    Defendant Angela Cilluffo denies knowledge or information sufficient to admit or deny the allegations in paragraph 108.

19)    Defendant Angela Cilluffo denies knowledge or information sufficient to admit or deny the allegations in paragraph 109.

20)    Defendant Angela Cilluffo denies knowledge or information sufficient to admit or deny the allegations in paragraph 110.

21)    Defendant Angela Cilluffo denies knowledge or information sufficient to admit or deny

the allegations in paragraph 111.

22)      Defendant Angela Cilluffo denies knowledge or information sufficient to admit or deny the allegations in paragraph 112.

23)      Defendant Angela Cilluffo denies knowledge or information sufficient to admit or deny the allegations in paragraph 113.

24)      Defendant Angela Cilluffo denies the allegations in paragraph 114.

25)      Defendant Angela Cilluffo denies the allegations in paragraph 115.

26)      Defendant Angela Cilluffo admits the allegations in paragraph 116.

27)      Defendant Angela Cilluffo denies knowledge or information sufficient to admit or deny the allegations in paragraph 117.

28)      Defendant Angela Cilluffo denies the allegations in paragraph 118.

29)      Defendant Angela Cilluffo denies knowledge or information sufficient to admit or deny the allegations in paragraph 119.

30)      Defendant Angela Cilluffo denies the allegations in paragraph 120.

31)      In connection with paragraph 122, Defendant Angela Cilluffo repeats, reiterates, and realleges its answers to the allegations contained in paragraphs 91 through 121 as if more fully set forth herein.

32)      Defendant Angela Cilluffo denies knowledge or information sufficient to admit or deny the allegations in paragraph 123.

33)      Defendant Angela Cilluffo denies knowledge or information sufficient to admit or deny the allegations in paragraph 124.

34)      Defendant Angela Cilluffo denies knowledge or information sufficient to admit or deny the allegations in paragraph 125.

35)     Defendant Angela Cilluffo denies knowledge or information sufficient to admit or deny the allegations in paragraph 126.

36)     Defendant Angela Cilluffo denies the allegations in paragraph 127.

37)     Defendant Angela Cilluffo denies knowledge or information sufficient to admit or deny the allegations in paragraph 128.

38)     Defendant Angela Cilluffo denies the allegations in paragraph 129.

39)     In connection with paragraph 130, Defendant Angela Cilluffo repeats, reiterates, and realleges its answers to the allegations contained in paragraphs 91 through 129 as if more fully set forth herein.

40)     Defendant Angela Cilluffo denies knowledge or information sufficient to admit or deny the allegations in paragraph 131.

41)     Defendant Angela Cilluffo denies knowledge or information sufficient to admit or deny the allegations in paragraph 132.

42)     Defendant Angela Cilluffo denies knowledge or information sufficient to admit or deny the allegations in paragraph 133.

43)     Defendant Angela Cilluffo denies the allegations in paragraph 134.

44)     Defendant Angela Cilluffo denies the allegations in paragraph 135.

45)     Defendant Angela Cilluffo denies knowledge or information sufficient to admit or deny the allegations in paragraph 136.

46)     Defendant Angela Cilluffo denies the allegations in paragraph 137.

47)     In connection with paragraph 138, Defendant Angela Cilluffo repeats, reiterates, and realleges its answers to the allegations contained in paragraphs 91 through 137 as if more fully set forth herein.

48)     Defendant Angela Cilluffo denies knowledge or information sufficient to admit or deny the allegations in paragraph 139.

49)     Defendant Angela Cilluffo denies knowledge or information sufficient to admit or deny the allegations in paragraph 140.

50)     Defendant Angela Cilluffo denies knowledge or information sufficient to admit or deny the allegations in paragraph 141.

51)     Defendant Angela Cilluffo denies knowledge or information sufficient to admit or deny the allegations in paragraph 142.

52)     Defendant Angela Cilluffo denies knowledge or information sufficient to admit or deny the allegations in paragraph 143.

53)     Defendant Angela Cilluffo denies knowledge or information sufficient to admit or deny the allegations in paragraph 144.

54)     Defendant Angela Cilluffo denies the allegations in paragraph 145.

55)     Defendant Angela Cilluffo denies the allegations in paragraph 146.

56)     In connection with paragraph 147, Defendant Angela Cilluffo repeats, reiterates, and realleges its answers to the allegations contained in paragraphs 91 through 146 as if more fully set forth herein.

57)     Defendant Angela Cilluffo denies knowledge or information sufficient to admit or deny the allegations in paragraph 148.

58)     Defendant Angela Cilluffo denies knowledge or information sufficient to admit or deny the allegations in paragraph 149.

59)     Defendant Angela Cilluffo denies knowledge or information sufficient to admit or deny the allegations in paragraph 150.

60)    Defendant Angela Cilluffo denies knowledge or information sufficient to admit or deny the allegations in paragraph 151.

61)    Defendant Angela Cilluffo denies knowledge or information sufficient to admit or deny the allegations in paragraph 152.

62)    Defendant Angela Cilluffo denies knowledge or information sufficient to admit or deny the allegations in paragraph 153.

63)    Defendant Angela Cilluffo denies knowledge or information sufficient to admit or deny the allegations in paragraph 154.

64)    Defendant Angela Cilluffo denies knowledge or information sufficient to admit or deny the allegations in paragraph 155.

65)    In connection with paragraph 156, Defendant Angela Cilluffo repeats, reiterates, and realleges its answers to the allegations contained in paragraphs 91 through 155 as if more fully set forth herein.

66)    Defendant Angela Cilluffo denies knowledge or information sufficient to admit or deny the allegations in paragraph 157.

67)    Defendant Angela Cilluffo denies knowledge or information sufficient to admit or deny the allegations in paragraph 158.

68)    Defendant Angela Cilluffo denies knowledge or information sufficient to admit or deny the allegations in paragraph 159.

69)    Defendant Angela Cilluffo denies knowledge or information sufficient to admit or deny the allegations in paragraph 160.

70)    Defendant Angela Cilluffo denies knowledge or information sufficient to admit or deny the allegations in paragraph 161.

## FIRST AFFIRMATIVE DEFENSE

1.    Voyager's Counterclaims/Crossclaims fail to state claims against Defendant Angela Cilluffo, upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

2.    Voyager's Counterclaims are or may be barred by the doctrines of waiver, ratification, estoppel, and laches.

## THIRD AFFIRMATIVE DEFENSE

3.    Voyager's Counterclaims are or may be barred by the doctrine of unclean hands.

## FOURTH AFFIRMATIVE DEFENSE

4.    The terms of the Voyager Policy are clear and unambiguous and must be construed in favor of Defendant Angela Cilluffo.

## FIFTH AFFIRMATIVE DEFENSE

5.    Voyager fails to plead the defense of mutual mistake with particularity as required by FRCP 9(b).

## SIXTH AFFIRMATIVE DEFENSE

6.    Voyager fails to plead rescission with particularity as required by Fed. R. of Civ. P. 9(b).

## SEVENTH AFFIRMATIVE DEFENSE

7.    Voyager failed to timely disclaim coverage pursuant to New York Insurance Law § 3420(d)(2).

## EIGHTH AFFIRMATIVE DEFENSE

8.    The Vehicle driven by Defendant Angela Cilluffo is a covered auto Kyte Systems owns under paragraph 2 of the Voyager Policy's Other Insurance condition and because the Vehicle is a covered auto Kyte Systems owns, the Voyager Policy provides primary insurance under

8

paragraph 1 of the Voyager Policy's Other Insurance condition.

## NINTH AFFIRMATIVE DEFENSE

9.      Defendant Angela Cilluffo believes and therefore asserts that additional Affirmative Defenses may be available that cannot now be articulated because the Counterclaims/Crossclaims fail to state claims with sufficient particularities to permit her to determine all applicable defenses, or because Defendant Angela Cilluffo does not possess information bearing on Voyager's Counterclaims. Empire therefore fully reserves its rights to assert additional affirmative defenses once such information is obtained.

WHEREFORE, Defendant Angela Cilluffo demands judgment dismissing the Counterclaims and Cross-Claims of the Defendant VOYAGER, together with such other, further, and different relief as this Court deems just and proper.

Dated: New York, New York
        October 9, 2025

By:

Angela Cilluffo, pro se
5-11 47th Avenue, Apt. 7N
Long Island City, NY 11101
(631) 512-1868

TO:

KENNEY SHELTON LIPTAK NOWAK LLP
Attorneys for Defendant VOYAGER
233 Franklin Street
Buffalo, NY 14202
rwlewis@kslnlaw.com

WHITE AND WILLIAMS LLP
Attorneys for Defendant EMPIRE
810 Seventh Avenue
New York, NY 10019
darwickg@whiteandwilliams.com

9