UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMPIRE FIRE AND MARINE INSURANCE COMPANY,

               Plaintiff,

-v-

VOYAGER INDEMNITY INSURANCE COMPANY,

               Defendant.

CIVIL ACTION NO. 25 Civ. 3558 (JAV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On July 16, 2025, Voyager Indemnity Insurance Company ("Voyager") filed its answer with counterclaims and crossclaims (Dkt. No. 14 (the "Answer")) against Empire Fire and Marine Insurance Company, Kyte Rentals LLC ("Kyte Rentals"), Angela Cilluffo, Kyte Systems Inc., and Judith Haber-Brownstein. (Dkt. No. 14). Kyte Rentals having been served with the Answer on September 25, 2025, was required to respond to the counterclaims and/or crossclaims in the Answer by October 16, 2025. (Dkt. No. 37). See Fed. R. Civ. P. 12 (a)(1)(B). To date, Kyte Rentals has not filed a response to the Complaint. As a one-time courtesy, the Court sua sponte **EXTENDS** Kyte Rentals' deadline to respond to the counterclaims and/or crossclaims in the Answer up to and including **October 31, 2025**. Kyte Rentals is warned that failure to answer, move, or otherwise respond to the counterclaims and/or crossclaims in the Answer by **October 31, 2025**,

1

2

may result in the Court permitting Voyager to initiate default proceedings against Kyte Rentals.

Dated:     New York, New York
            October 17, 2025         SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**