UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMPIRE FIRE AND MARINE INSURANCE COMPANY,

                      Plaintiff,

-v-

VOYAGER INDEMNITY INSURANCE COMPANY,

                      Defendant.

CIVIL ACTION NO. 25 Civ. 3558 (JAV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On July 16, 2025, Voyager Indemnity Insurance Company ("Voyager") filed its answer with counterclaims and crossclaims (Dkt. No. 14 (the "Answer")) against Empire Fire and Marine Insurance Company ("Empire"), Kyte Rentals LLC ("Kyte Rentals"), Angela Cilluffo ("Cilluffo"), Kyte Systems Inc. ("Kyte Systems"), and Judith Haber-Brownstein ("Haber-Brownstein"). (Dkt. No. 14).

Empire, Cilluffo, and Haber-Brownstein have timely responded to the counterclaims and/or the crossclaims in the Answer. (Dkt. Nos. 18; 31; 43). Kyte Systems, however, failed to timely respond to the counterclaims and/or the crossclaims in the Answer. (See Dkt. No. 32). Accordingly, Voyager requested and obtained a Certificate of Default ("CoD") against Kyte Systems from the Clerk of Court. (Dkt. No. 40–42).

Kyte Rentals, having been served with the Answer on September 25, 2025, was required to respond to the counterclaims and/or crossclaims in the Answer by October 16, 2025. (Dkt. No. 37). See Fed. R. Civ. P. 12(a)(1)(B). On October 17, 2025, Kyte Rentals having failed to respond to the counterclaims and/or crossclaims in the Answer, the Court sua sponte extended

1

Kyte Rentals' deadline to respond to the counterclaims and/or crossclaims in the Answer to October 31, 2025. (Dkt. No. 50). To date, Kyte Rentals has not responded to the counterclaims and/or crossclaims in the Answer, despite the Court's warning to Kyte Rentals that the Court may permit Voyager to initiate default proceedings against Kyte Rentals if Kyte Rentals did not timely respond to the counterclaims and/or crossclaims in the Answer. (See Dkt. No. 50).

Voyager is hereby **ORDERED** to request a CoD against Kyte Rentals from the Clerk of Court by **November 17, 2025**, and to file a Motion for Default Judgment against Kyte Rentals and Kyte Systems in accordance with the Individual Practices of the Honorable Jeannette A. Vargas, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by **December 1, 2025**.

Dated:   New York, New York
         November 3, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge